***REDACTED – Pursuant to Local Rule 26.2***

# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:20-cv-03535 |
| v. | ) | |
| | ) | |
| CSL PLASMA, INC. and CSL BEHRING, LLC, | ) | District Judge Mary Rowland |
| | ) | Magistrate Judge Sunil Harjani |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION**

Plaintiff State of Illinois (the "State"), by its attorney, Kwame Raoul, Attorney General of Illinois, propound the following requests for admission upon Defendants CSL Plasma, Inc. and CSL Behring, LLC, pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure. The responses should be produced within 30 days of the date of service. If a response is not received within 30 days, the relevant matter is deemed admitted, pursuant to Federal Rule of Civil Procedure 36(a)(3).

**DEFINITIONS**

1. "Defendants" refers to all named defendants. If a response to a request to admit only applies to one of the defendants, or if there are different answers for each defendant, the answer shall identify which answer applies to which defendant.

2. "You," "your," "CSL," and "CSL Plasma" shall refer to the named Defendants in this litigation, including all employees, volunteers, board members, advisory board members, and any other person who provides services in connection with your operation or practice.

3. "Document(s)" or "communication(s)," unless otherwise specified, means all writings and electronic writings of any kind, including the originals and all non-identical copies whether different from the originals by reason of any notations made on such copies or otherwise, including without limitation, emails, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, inter-office and intra-office communications, internet communications, notations of any sort of conversations, telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telefax, invoices, work sheets, as well as all drafts, alterations, modifications, changes and amendments of any of the foregoing, and graphic or oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, motion pictures), and any electronic mechanical or electric records or representations of any kind

(including, without limitation, tapes, cassettes, discs, recordings, CDs and computer memories). Documents refer to those which are or have previously been in your possession (whether actual or constructive), custody or control (whether immediate or extended), or of which you have knowledge.

4. "Document" shall also refer to any other data compilations from which information can be retrieved or obtained, and translated, if necessary, by you and through computers or detection into reasonably usable form.

5. "Relate," "relating to," or "regarding" shall mean directly or indirectly mentioning or describing, pertaining to, being connected with, reflecting upon, or having any logical or factual connection with a stated subject matter.

6. "Person" shall refer to any natural person, corporation, partnership, proprietorship, association, governmental entity, agency, group, organization, or group of persons.

7. "And" and "or" mean "and/or" so that the terms are given their broadest possible meaning. In construing a request, the singular shall include the plural and the plural shall include singular, and use of a masculine, feminine or neuter pronoun shall not exclude any of the others. The past tense includes the present and the present tense includes the past, where the clear meaning is not destroyed by the change.

8. "Complaint" means the complaint, and any amendments to the complaint, filed in this action.

9. "Answer" and "Affirmative Defenses" refers to the answer and affirmative defenses, and any amendments to them, filed in this action.

10. Unless otherwise specified, these Requests to Admit encompass the time period beginning on January 1, 2014.

## **REQUESTS TO ADMIT**

1. Admit that documents produced by CSL Plasma (presently CSL-Illinois 000001 – CSL-Illinois 001500) are true and authentic copies of the genuine original documents.

2. Admit that documents produced by CSL Plasma (presently CSL-Illinois 000001 – CSL-Illinois 001500) were made at or near the time of the regularly conducted activity to which the documents pertain.

3. Admit that documents produced by CSL Plasma (presently CSL-Illinois 000001 – CSL-Illinois 001500) were made by a person with knowledge of the activity to which the documents pertain or were made from information transmitted by a person with knowledge of the activity to which the documents pertain.

4. Admit that documents produced by CSL Plasma (presently CSL-Illinois 000001 – CSL-Illinois 001500) were prepared and kept by CSL Plasma, Inc. in the course of regularly conducted activity of a business, organization, occupation, or calling.

5. Admit that documents produced by CSL Plasma (presently CSL-Illinois 000001 – CSL-Illinois 001500) were made in the regular course of business or regular practice of the activity to which the documents pertain.

6. Admit that all foundational requirements for the admission of documents produced by CSL Plasma (presently CSL-Illinois 000001 – CSL-Illinois 001500) into evidence have been satisfied.

7. Admit that you solicit blood plasma donations from the general public.

8. Admit that you maintain a website with the address of cslplasma.com.

9. Admit that the website at cslplasma.com contains pages that can be viewed by the public without a username or password.

10. Admit that the home page of cslplasma.com can be viewed by the public without a username or password and states or has stated in the past "Make more than $1,000* your first month."

11. Admit that the become-a-donor page of CSL Plasma's website (url: cslplasma.com/become-a-donor) can be viewed by the public without a username or password and states or has stated in the past that "Because plasma donation is so important, we compensate donors for their time. You could make more than $1,000* your first month."

8. Admit that you pay individuals in exchange for their blood plasma.

9. Admit that when you market to, advertise to, or recruit members of the general public to donate blood plasma, you advise people that they will be compensated for their donation.

10. Admit that you advertise compensation in exchange for blood plasma.

11. Admit that you advertise compensation in exchange for blood plasma to induce individuals to donate their blood plasma.

12. Admit that CSL Plasma benefits from blood plasma donations from the public by selling the blood plasma that it collects for financial profit.

13. Admit that you screen all potential donors to determine if they are eligible to donate blood plasma by asking them medical questions.

14. Admit that CSL employees rely upon CSL's donor eligibility policies to determine if a person is permitted to donate blood plasma.

15. Admit that you have permanently deferred potential donors who do not meet CSL Plasma's donor eligibility standards.

16. Admit that you have had held yourself out to be a health care provider in a court of law because you carry out an "assessment of medical history, evaluation of current health status, analysis of certain medical treatments or modifications," and other evaluations to determine an individual's donor eligibility.

17. Admit that you published or circulated the "Medical Staff Reference" located at CSL-Illinois 000001-000086 to your staff.

18. Admit that on July 28, 2018, you knew that ▮▮▮▮ is deaf.

19. Admit that on July 28, 2018, CSL Plasma denied an ASL interpreter to ▮▮▮▮.

20. Admit that CSL did not permit ▮▮▮▮ to donate blood plasma on July 28, 2018 because he could not read the medical information required as part of the plasma donation application without the assistance of an ASL interpreter.

20. Admit that approximately two weeks after his initial visit, ▮▮▮▮ returned to CSL's location in Montgomery, Illinois, and CSL denied ▮▮▮▮ an ASL interpreter.

21. Admit that CSL Plasma staff did not permit ▮▮▮▮ to donate blood plasma on this second visit because he could not read the medical information required as part of the plasma donation application without the assistance of an ASL interpreter.

22. Admit that on November 19, 2018, ▮▮▮▮ attempted to have plasma collected at a CSL Plasma facility in Rockford, Illinois.

23. Admit that on November 19, 2018, CSL Plasma staff temporarily stopped ▮▮▮▮ from getting her vital signs taken because she uses a service animal.

24. Admit that on November 19, 2018, ▮▮▮▮ asserted her right to be accompanied by her service animal under disability rights laws, and eventually had her vitals taken.

25. Admit that ▮▮▮▮ was temporarily deferred on November 19, 2018 because she had a slight fever.

26. Admit that on November 20, 2018, ▮▮▮▮ returned to donate blood plasma.

27. Admit that on November 20, 2018, CSL Plasma staff did not permit ▮▮▮▮ to donate blood plasma because she uses a service animal.

4

Dated: October 4, 2021            Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

<u>/s/ Elizabeth Morris</u>
Elizabeth Morris
Gretchen Helfrich
Rebekah Newman
Office of the Illinois Attorney General
100 West Randolph Street, 11th Floor
Chicago, Illinois 60601
elizabeth.morris@ilag.gov
gretchen.helfrich@ilag.gov
rebekah.newman@ilag.gov
Ph. (312) 814-3000

*Counsel for Plaintiff State of Illinois*

## **CERTIFICATE OF SERVICE**

I, Rebekah Newman, an attorney, certify that on October 4, 2021, I served the undersigned attorneys with **Plaintiffs' First Set of Requests for Admission** via electronic mail:

Eric A. Berg
(eric.berg@ogletree.com)
Jennifer Colvin
(jennifer.colvin@ogletreedeakins.com)
OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART P.C.
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606

*Counsel for Defendants*


                                        /s/ *Rebekah Newman*