**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

State of Illinois
                         Plaintiff,

v.                                               Case No.: 1:20−cv−03535
                                              Honorable Mary M. Rowland

CSL PLASMA, INC., et al.
                         Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, March 15, 2022:

      MINUTE entry before the Honorable Sunil R. Harjani: In light of the discussion at the status conference today, and after consultation with the district judge on case management, the Court hereby stays expert discovery to allow the parties to resolve the issue over the public accommodation rule through a partial summary judgment motion. The parties may file any partial summary judgment motion on the public accommodation issue by 4/15/22 for the district judge's consideration, or may enter into a limited consent to the magistrate judge's jurisdiction with this Court for the purpose of resolving the anticipated motion. By 4/15/22, the parties shall also file a proposed briefing schedule for the remainder of the summary judgment proceedings. Once a ruling has been issued, this Court will re−engage with the parties on settlement in an attempt to resolve the entirety of this case. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.